PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Dante Royster       Cr.: 19-00714-001
                                                          PACTS #: 6099641

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/24/2022

Original Offense:   Count One: Possession with Intent to Distribute Heroin,
                    21 U.S.C. 841(a) and (b)(1)(C)

Original Sentence: 195 days imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, Self-Employment/Business Disclosure

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/24/2022

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 31, 2022, and May 18, 2022, Mr. Royster submitted urinalyses that tested positive for marijuana. Mr. Royster admitted to the use of marijuana shortly after supervision commenced and informed this officer that he obtained a medical marijuana license. Documentation verifying the license has not been received at this time. |

U.S. Probation Officer Action:

Mr. Royster agreed to cease all further marijuana use after being informed of the existing federal prohibition. Our office will continue to monitor Mr. Royster for signs of illegal drug use and will make an appropriate treatment referral if he continues to use marijuana. Additionally, if Mr. Royster provides documentation verifying a medical marijuana license, that information will be forwarded to the Court.

Prob 12A – page 2
Dante Royster

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Andrew E. Senatore*

By: ANDREW E. SENATORE
Senior U.S. Probation Officer

/ as

APPROVED:

*Kevin M. Villa*   6/15/2022
_____
KEVIN M. VILLA              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

6/15/2022
_____
Date